# UNITED STATES DISTRICT COURT
### for the
### Eastern District of New York

| | |
|---|---|
| United States of America<br>v.<br>RUSLAN MARATOVICH ASAINOV<br><br>Defendant | Case No. 18-MJ-606 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrange and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*  RUSLAN MARATOVICH ASAINOV,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment     ☐ Superseding Indictment     ☐ Information     ☐ Superseding Information     ☑ Complaint
☐ Probation Violation Petition     ☐ Supervised Release Violation Petition     ☐ Violation Notice     ☐ Order of the Court

This offense is briefly described as follows:

PROVIDING MATERIAL SUPPORT TO A FOREIGN TERRORIST ORGANIZATION, TO WIT: THE ISLAMIC STATE OF IRAQ AND AL-SHAM ("ISIS"), IN VIOLATION OF TITLE 18, UNITED STATES CODE, SECTION 2339B(a)(1)

Date: July 3, 2018

City and state:   Brooklyn, New York

_____
*Issuing officer's signature*

The Hon. Sanket J. Bulsara, U.S.M.J.
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.

*(Not for Public Disclosure)*

Name of defendant/offender: _____

Known aliases: _____

Last known residence: _____

Prior addresses to which defendant/offender may still have ties: _____

Last known employment: _____

Last known telephone numbers: _____

Place of birth: _____

Date of birth: _____

Social Security number: _____

Height: _____    Weight: _____

Sex: _____    Race: _____

Hair: _____    Eyes: _____

Scars, tattoos, other distinguishing marks: _____

History of violence, weapons, drug use: _____

Known family, friends, and other associates *(name, relation, address, phone number)*: _____

FBI number: _____

Complete description of auto: _____

Investigative agency and address: _____

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*: _____

Date of last contact with pretrial services or probation officer *(if applicable)*: _____