

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

September 26, 2019

By Email

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
sgk@kellmanesq.com

Re:   United States v. Ruslan Maratovich Asainov
      Criminal Docket No. 19-402 (NGG)

Dear Ms. Kellman:

The government writes to memorialize discovery previously produced to you in person.  At the arraignment in this matter on September 11, 2019, the government provided to you by hand delivery two CDs, Bates-stamped RMA-000071 and RMA-000072, containing video of post-arrest statements made by the defendant.  Those two CDs constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order executed by the parties and entered by the Court (ECF No. 18).  Please let us know if you have any technical difficulties with viewing the video contained on those CDs and, if you would like to receive the video in a different format, please provide us with a 1TB hard drive.

Very truly yours,

RICHARD P. DONOGHUE
United States Attorney

By:   /s/
      Douglas M. Pravda
      Saritha Komatireddy
      J. Matthew Haggans
      Assistant U.S. Attorneys
      (718) 254-7000

cc:   Clerk of the Court (NGG) (by ECF)