

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 7, 2019

<u>By ECF and FedEx</u>

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
sgk@kellmanesq.com

      Re:    United States v. Ruslan Maratovich Asainov
                <u>Criminal Docket No. 19-402 (NGG)</u>

Dear Ms. Kellman:

        The government writes to provide supplemental discovery pursuant to Federal Rule of Criminal Procedure 16. This disclosure supplements the government's earlier productions dated September 6, 2019 (ECF No. 19) and September 26, 2019 (ECF No. 26). The enclosed drive has been assigned Bates number RMA-000073, and it contains video of post-arrest statements made by the defendant. The drive is password protected and the password will be sent to you by separate cover. The drive and its contents constitute SENSITIVE DISCOVERY MATERIAL governed by the Stipulation and Order executed by the parties and entered by the Court (ECF No. 18). Please let us know if you have any technical difficulties with viewing the video contained on the drive.

                                        Very truly yours,

                                        RICHARD P. DONOGHUE
                                        United States Attorney

                By:    /s/
                          Douglas M. Pravda
                          Saritha Komatireddy
                          J. Matthew Haggans
                          Assistant U.S. Attorneys
                          (718) 254-7000

Enclosures (1)
cc:    Clerk of the Court (NGG) (by ECF)