

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 18, 2019

By Email and ECF

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
sgk@kellmanesq.com

    Re: United States v. Ruslan Maratovich Asainov
       Criminal Docket No. 19-402 (NGG)

Dear Ms. Kellman:

   The government writes to provide supplemental discovery pursuant to Federal Rule of Criminal Procedure 16. This disclosure supplements and replaces certain portions of the government's earlier productions dated September 6, 2019 (ECF No. 19); September 26, 2019 (ECF No. 21); and October 7, 2019 (ECF No. 23).

   In its production of September 6, 2019 (ECF No. 19), the government provided you with reports of interviews of the defendant, Bates-stamped RMA-000003 through RMA-000024. As discussed, the government is now providing further-redacted versions of those reports, along with related documentation, bearing Bates numbers RMA-000074 through RMA-000121. Please delete the materials previously provided as RMA-000003 through RMA-000024 and use the enclosed versions going forward. The enclosed documents constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order executed by the parties and entered by the Court (ECF No. 18).

   The government renews its request for reciprocal discovery from the defendant.

Please contact us if you have any questions or requests.

    Very truly yours,

    RICHARD P. DONOGHUE
    United States Attorney

By:   /s/
    Douglas M. Pravda
    Saritha Komatireddy
    J. Matthew Haggans
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosures

cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)