

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SK
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 21, 2020

<u>By ECF and FedEx</u>

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
sgk@kellmanesq.com

   Re: <u>United States v. Ruslan Maratovich Asainov</u>
     <u>Criminal Docket No. 19-402 (NGG)</u>

Dear Ms. Kellman:

   Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure. This discovery supplements the government's earlier productions dated September 6, 2019, September 26, 2019, October 7, 2019, October 18, 2019, and January 14, 2020. The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order executed by the parties and entered by the Court (ECF No. 18). The government renews its request for reciprocal discovery from the defendant. Enclosed please find additional communications over various online platforms and related photographs, Bates-stamped RMA-000396 to RMA-000615. Please contact us if you have any questions or requests.

           Very truly yours,

           RICHARD P. DONOGHUE
           United States Attorney

     By: /s/
        Douglas M. Pravda
        Saritha Komatireddy
        J. Matthew Haggans
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures
cc: Clerk of the Court (NGG) (by ECF) (without enclosures)