

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMH
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 30, 2020

By ECF and Email

Susan G. Kellman
25 Eighth Avenue
Brooklyn, NY 11217
sgk@kellmanesq.com

      Re:    United States v. Ruslan Maratovich Asainov
                Criminal Docket No. 19-402 (NGG)

Dear Ms. Kellman:

      Enclosed please find discovery provided by the government in accordance with Rule 16 of the Federal Rules of Criminal Procedure.  This discovery supplements the government's earlier productions dated September 6, 2019, September 26, 2019, October 7, 2019, October 18, 2019, January 14, 2020, and January 21, 2020.  The enclosed items constitute SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order executed by the parties and entered by the Court (ECF No. 18).  The government renews its request for reciprocal discovery from the defendant.

      Enclosed please find Skype communications involving the defendant bearing Bates numbers RMA-000616 through RMA-000617.  A portion of an extraction report relating to the recovery of these communications is also enclosed, bearing Bates numbers RMA-000618 through RMA-000622.

      The document bearing Bates number RMA-000623 was obtained from Microsoft and relates to Skype communications.

Please contact us if you have any questions or requests.

        Very truly yours,

        RICHARD P. DONOGHUE
        United States Attorney

By:   /s/
        Douglas M. Pravda
        Saritha Komatireddy
        J. Matthew Haggans
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures
cc:    Clerk of the Court (NGG) (by ECF) (without enclosures)