

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP/JMH
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 21, 2022

<u>By ECF, Email and USAFx</u>

Susan G. Kellman
25 Eighth Avenue
Brooklyn, New York 11271
Email: sgk@kellmanesq.com

Sabrina P. Shroff
233 Broadway
New York, New York 10007
Email: sabrinashroff@gmail.com

   Re: <u>United States v. Ruslan Maratovich Asainov</u>
      <u>Criminal Docket No. 19-402 (NGG)</u>

Dear Counsel:

   The government writes, pursuant to Federal Rule of Criminal Procedure 16(a)(1)(G), to supplement its prior expert disclosures and notify the defendant that the government intends to call the following experts to testify in its case-in-chief at trial. The government also hereby renews its request for reciprocal discovery, pursuant to Rule 16(b)(1)(C), regarding any expert witness that the defendant intends to call at trial. This letter and its enclosures are designated SENSITIVE DISCOVERY MATERIAL and are governed by the Stipulation and Order previously entered by the Court (ECF No. 18).

   The materials produced with today's letter are being provided via USAFx. We recommend that you download a copy for your archives as soon as practicable. Please contact us if you have any issue accessing the materials.

- The government previously provided notice that it would call an expert to testify about ISIS and its history, structure, strategic goals, geographic location, methods of recruitment, smuggling routes, jihadist propaganda, and jihadist terminology, among other topics. <u>See</u> ECF No. 19 at 2 (Sept. 6, 2019). The government hereby identifies its expert on these and related topics as Dr. Lorenzo Vidino, Director of the Program on Extremism at George Washington University. Dr. Vidino's qualifications are set forth in his curriculum vitae,

enclosed as 3500-LV-1. Recent testimony and reports by Dr. Vidino are enclosed as 3500-LV-2 through 3500-LV-12, including Dr. Vidino's testimony in the related matter of <u>United States v. Mirsad Kandic</u>, No. 17-CR-449 (NGG) ("<u>Kandic</u>"). Further information regarding Dr. Vidino's expected testimony is contained in Appendix A to this letter.

- The government expects to call one or more experts to testify about the firearms, and other weapons and weapons-related equipment that the defendant stated he used in connection with the offenses charged in the indictment. The government also expects that this expert will testify about various other weapons and weapons-related equipment depicted in the communications and in photographs on a cellular telephone belonging to co-conspirator Mirsad Kandic. <u>See</u>, <u>e.g.</u>, RMA-001137 at GX 201-209 (inclusive), 1301, 1302. The government will provide a report, if any, by the anticipated testifying experts when such reports are completed. The government further notes, as a courtesy, that testimony of Leonard Reloza and Travis McCrady at the <u>Kandic</u> trial may be illustrative of the testimony anticipated from the expert witnesses described in this paragraph. The testimony of Messrs. Reloza and McCrady during the <u>Kandic</u> are enclosed, bearing Bates numbers RMA-001181 through RMA-001219, and RMA-001220 through RMA-001231, respectively.

- The government expects to call Nehad Abusuneima, a language specialist with the FBI, to testify regarding the translation of certain words from Arabic to English. Mr. Abusuneima's qualifications and prior trial testimony are enclosed as 3500-NA-1, and his testimony in the related <u>Kandic</u> matter is enclosed as 3500-NA-2.

- The government expects to call one or more linguists to testify regarding their translations of various documents and recordings from foreign languages into English. The foreign languages may include Russian, Bosnian, Turkish, German, Finnish, and Serbo-Croatian. The identities of these linguists will be provided as they become available.

- The government previously provided notice that it would call various individuals to testify about the contents of electronic devices and storage media obtained in connection with the investigation. <u>See</u> ECF No. 19 at 2. These devices include but are not limited to the materials previously provided to you within the drive bearing Bates number RMA-001137, specifically exhibits 1301 and 1302 therein, obtained from an electronic device belonging to one of the defendant's co-conspirators. The witnesses are expected to testify about the imaging, extraction, and identification of data from the devices. The government expects this testimony to generally constitute fact testimony but provides this notice out of an abundance of caution. If the

government intends to qualify one or more of these individuals as an expert, the government will provide additional information about that individual.

The government reserves the right to call additional and/or substitute expert witnesses. The government will comply with Federal Rule of Criminal Procedure 16(a)(1)(G) and Federal Rules of Evidence 702, 703, and 705, and notify you in a timely fashion of any additional or substitute experts that the government intends to call at trial and provide you with a summary of the experts' opinions.

    Very truly yours,

    BREON PEACE
    United States Attorney

By:   /s/_____
    Douglas M. Pravda
    J. Matthew Haggans
    Nicholas Moscow
    Assistant U.S. Attorneys
    (718) 254-7000

Enclosures (Via USAFx)
cc:    Clerk of Court (NGG) (By ECF) (no enclosures)