

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JMH
F.#2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 10, 2023

By Email and ECF

The Honorable Nicholas G. Garaufis
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   United States v. Ruslan Maratovich Asainov
               Criminal Docket No. 19-402 (NGG)

Dear Judge Garaufis:

As directed by the Court on February 7, 2023, the parties have conferred on a briefing schedule for the defendant's Rule 29 motion, and jointly propose the following schedule for the Court's consideration:

- March 24, 2023: Defendant's opening brief due
- April 21, 2023: Government's opposition brief due
- May 5, 2023: Defendant's reply brief (if any) due

Respectfully submitted,

BREON PEACE
United States Attorney

By:    /s/
Douglas M. Pravda
J. Matthew Haggans
Nicholas J. Moscow
Nina C. Gupta
Assistant U.S. Attorneys
(718) 254-7000

**Application granted.
So Ordered.**
s/Nicholas G. Garaufis
Hon. Nicholas G. Garaufis
Date: 2/10/23

cc:   Clerk of Court (NGG) (By ECF)
      Susan Kellman & Sabrina Shroff, Esqs. (By Email and ECF)