U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP/JMH/NJM/NCG
F. #2015R00517

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 21, 2023

By ECF

The Honorable Nicholas G. Garaufis
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Ruslan Maratovich Asainov
           Criminal Docket No. 19-402 (NGG)

Dear Judge Garaufis:

    The government writes in brief opposition to the defendant's Rule 29 motion. See ECF No. 174 (Mar. 23, 2023) ("the Motion").

    The Motion should be denied. See generally Trial Tr. at 2479-85.

                                  Respectfully submitted,

                                  BREON PEACE
                                United States Attorney

                    By:   /s/ J. Matthew Haggans
                                Douglas M. Pravda
                                J. Matthew Haggans
                                Nicholas J. Moscow
                                Nina C. Gupta
                                Assistant U.S. Attorneys
                                (718) 254-7000

cc:    Clerk of Court (NGG) (By ECF)
       Defense counsel of record (By ECF and email)